**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1117**

———————

KENDALL SMITH,

        Plaintiff - Appellant,

     v.

(EEOC) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Defendant - Appellee,

     and

COMMUNICATIONS WORKERS OF AMERICA (CWA) - District 2; CWA
LOCAL 2336; CWA AFL-CIO; CLC; VERIZON WASHINGTON DC INC.;
VERIZON MARYLAND INC.; VERIZON COMMUNICATIONS INC.; NATIONAL
LABOR RELATIONS BOARD (NLRB), MD & DC; DEPARTMENT OF LABOR
(DOL); REED SMITH LLP,

        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:12-cv-00027-AW)

———————

Submitted:  March 28, 2013        Decided:  April 3, 2013

———————

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kendall Smith, Appellant Pro Se.  Gary John Hozempa, Tracy Hudson Spicer, U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, DC, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Smith appeals the district court's order dismissing Smith's civil complaint against the Equal Employment Opportunity Commission. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Equal Emp't Opportunity Comm'n, No. 8:12-cv-00027-AW (D. Md. Dec. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED